IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KATHY L. LYNCH and KAREN S. DUNNING, <br><br> Plaintiffs, <br><br> VS. <br><br> THE UNITED STATES, acting by and through its Drug Enforcement Administration, SCOTT NOWLAND and KATHY FRANKO, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Cause No. 17-cv-43 JVB-JEM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

# A M E N D E D   C O M P L A I N T

Plaintiffs Kathy L. Lynch and Karen S. Dunning, by counsel, respectfully make their First Complaint for Damages and avers as follows:

### Nature of Case

1. Plaintiffs are Advanced Practice Nurses who prescribed medications under the supervision of collaborating physicians, as permitted by Indiana law. They were falsely arrested by federal agents for unlawful practice even though Indian law granted them prescriptive authority.

### Jurisdiction

2. This Court has jurisdiction to hear the acts and omissions of the United States pursuant to 28. U.S.C. § 2674.

3. Plaintiffs timely filed federal Tort Claim Notices, which were denied on June 12, 2017.

4. Plaintiffs bring claims against the individuals pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971) to redress the Federal Defendants' violations of their rights under the Fourth Amendment of the U.S. Constitution. This Court has original subject matter jurisdiction of the federal questions presented pursuant to 28 U.S.C. § 1333 and § 1343.

5. Venue is proper in the Hammond Division because the parties reside in this division and the events complained of occurred in this division.

**Parties**

6. Kathy L. Lynch is an adult citizen of the United States who resides in Porter County, Indiana.

7. Karen S. Dunning is an adult citizen of the United States who resides in Porter County, Indiana.

8. The United States is the sovereign government of this nation. It operates the U.S. Drug Enforcement Administration.

9. Scott Nowland is an investigator employed by the United States Drug Enforcement Administration. He is sued in his individual capacity.

10. Kathy Franko is an investigator employed by the United States Drug Enforcement Administration. She is sued in his individual capacity.

**Factual Allegations**

11. Kathy L. Lynch ("Lynch") is an advanced Practice Nurse, ("APN") licensed at all relevant times by the Indiana Nursing Board.

12. Karen S. Dunning ("Dunning") is an APN licensed at all relevant times by the Indiana Nursing Board.

13. Lynch owns a medical clinic, Kouts Health Care, Inc., where both she and Dunning practiced.

14. For most of the 20th Century, Indiana law permitted no one to prescribe medications other than a physician with an unlimited license to practice medicine.

15. Since 1995, however, Indiana law has permitted an array of other healthcare practitioners to prescribe a variety of medications subject to various requirements and conditions.

16. Lynch and Dunning met the statutory requirements to obtain prescriptive authority for certain legend drugs and controlled substances.

17. Both were issued Indiana Controlled Substance Registrations.

18. Additionally, they entered into collaborative agreements with fully licensed physicians whereby Lynch and Dunning would prescribe medications subject to the review and approval of the collaborating physician.

19. Pursuant to Indiana law, these collaborative agreements were filed with the Indiana Nursing Board (the "Board"), which approved them.

20. All prescriptions ordered by Lynch and Dunning were written in the name of and using the DEA number of a collaborative physician.

21. At no point prior to Lynch and Dunning's arrest did the Board indicate to them that they lacked authority to write prescriptions in this manner.

22. Nonetheless, the U.S. Drug Enforcement Administration ("DEA") commenced an investigation into Plaintiffs for prescribing medicine outside their statutory authority.

23. At no point did the DEA obtain an advisory opinion or any other ruling from the Indiana Nursing Board that Plaintiffs prescribing practices exceeded what Indiana law or the Board's rules permit.

24. Defendants Scott Nowland ("Nowland") and Kathy Franko ("Franko") were the DEA's lead investigators in that investigation.

25. Based on a Probable Cause Affidavit written by Nowland, and based on evidence collected in part by Franko, Lynch and Dunning were arrested on or about February 2, 2015 and charged with multiple crimes, including conspiracy to deal in controlled substances, a Class B felony.

26. Lynch's charges proceeded to a jury trial in Porter County, Indiana, where she was acquitted of all charges.

27. All charges against Dunning were subsequently dismissed.

28. At all relevant times Nowland and Franko acted under color of Indiana and federal law and within the scope of their employment by the DEA.

29. The arrest of Lynch and Dunning resulted in the destruction of their respective reputation and careers.

## **Legal Claims**

30. The acts and omissions of Scott Nowland and Kathy Franko. constitute false arrest and malicious prosecution in violation of the Fourth Amendment.

31. The DEA was negligent in its supervision of Nowland and Franko.

32. The DEA is liable under the principal of *respondeat superior* for the acts and omissions of Nowland and Franko.

33. Nowland and Franko conspired with each other, with the DEA, and with state and local authorities to deprive Plaintiffs of their civil rights, in violation of 42 U.S. C. § 1985.

**Relief**

34. Plaintiffs seek all relief allowable by law, including compensatory and punitive damages, costs, and attorneys fees.

**WHEREFORE,** Plaintiff prays for judgment against Defendant and for all other appropriate relief.

Respectfully submitted,

/s/ Jeffrey S. McQuary, 16791-49
BROWN TOMPKINS LORY
608 E. Market Street
Indianapolis, IN 46202
317/631-6866

CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically using the Court's CM/ECF system and is available to all counsel of record, or was placed U.S. Mail on the 22nd day of June, 2017 A.D. and addressed as follows:

Jill Essenwein<br>
Office of the Indiana Attorney General<br>
302 W. Washington Street, Fifth Floor<br>
Indianapolis, IN 46204

/s/ Jeffrey S. McQuary, 16791-49