UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| KATHY L. LYNCH and KAREN S. DUNNING, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:17-CV-00043 jvb |
| SCOTT NOWLAND, KATHY FRANKO and the UNITED STATES, OF AMERICA, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## **MOTION TO DISMISS**

The United States of America and Scott Nowland, defendants herein, by and through its attorneys, Clifford D. Johnson, Acting United States Attorney for the Northern District of Indiana, and Orest Szewciw and Robin Morlock, Assistant United States Attorneys, move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted. The United States of America and Nowland are also filing a Memorandum of Law in Support of its Motion.

Respectfully submitted,

CLIFFORD D. JOHNSON
ACTING UNITED STATES ATTORNEY


By:  /s/ Orest Szewciw
Orest Szewciw
Assistant United States Attorney
United States Attorney's Office
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Tel: (219) 937-5500
Fax: (219) 852-2770
Email: orest.szewciw@usdoj.gov


 /s/ Robin W. Morlock
Robin W. Morlock
Assistant United States Attorney
United States Attorney's Office
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Tel: (219) 937-5500
Fax: (219) 852-2770
Email: robin.morlock@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2017, I electronically filed the foregoing MOTION TO DISMISS with the Clerk of the court using the CM/ECF system which sent notification of such filing to the following:

jmcquary@btlmlaw.com

Jill.Esenwein@atg.in.gov

David.Dickmeyer@atg.in.gov

/s/ Anita J. Kammer
Anita J. Kammer
Paralegal Specialist

OFFICE OF:
United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Tel: (219) 937-5500
Fax: (219) 852-2770