| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR COURT |
| | )SS: | |
| COUNTY OF PORTER | ) | FILED CONTINUOUS TERM, 2015 |

STATE OF INDIANA

VS.

KATHY LYNN LYNCH

FILED IN OPEN COURT
FEB 0 4 2015

CAUSE NO. 64D05-1501-FB- 856

Mary R Harper
Porter Circuit and Superior Court

RECORDS FILE COPY

### ORDER

Comes now the State of Indiana by the Prosecuting Attorney for the 67th Judicial Circuit of Indiana, and filed information charging the defendant with the crime of:

**Count I**     Dealing in a Schedule III Controlled Substance, Class B Felony
**Count II**    Unlawful Practice, Class C Felony
**Count III**   Offense Related to Registration, Class D Felony
**Count IV**    Dealing in a Schedule III Controlled Substance, Class B Felony
**Count V**     Unlawful Practice, Class C Felony
**Count VI**    Offense Related to Registration, Class D Felony
**Count VII**   Dealing in a Schedule IV Controlled Substance, Class C Felony
**Count VIII**  Unlawful Practice, Class C Felony
**Count IX**    Offense Related to Registration, Class D Felony
**Count X**     Dealing in a Schedule IV Controlled Substance, Class C Felony
**Count XI**    Unlawful Practice, Class C Felony
**Count XII**   Offense Related to Registration, Class D Felony
**Count XIII**  Dealing in a Schedule III Controlled Substance, Class B Felony
**Count XIV**   Unlawful Practice, Class C Felony
**Count XV**    Offense Related to Registration, Class D Felony
**Count XVI**   Dealing in a Schedule III Controlled Substance, Level 6 Felony
**Count XVII**  Unlawful Practice, Level 5 Felony
**Count XVIII** Offenses Relating to Registration, Level 6 Felony
**Count XIX**   Dealing in a Schedule III Controlled Substance, Level 6 Felony
**Count XX**    Unlawful Practice, Level 5 Felony
**Count XXI**   Offenses Relating to Registration, Level 6 Felony
**Count XXII**  Dealing in a Schedule III Controlled Substance, Level 6 Felony
**Count XXIII** Unlawful Practice, Level 5 Felony
**Count XXIV**  Offenses Relating to Registration, Level 6 Felony
**Count XXV**   Conspiracy to Deal in a Schedule III Controlled Substance, Level 6 Felony
**Count XXVI**  Conspiracy to Deal in a Schedule III Controlled Substance, Level 6 Felony
**Count XXVII** Conspiracy to Deal in a Schedule III Controlled Substance, Level 6 Felony

Along with an Affidavit to show probable cause for the Issuance of an Arrest Warrant, and Disclosure of Redacted Information.

**EXHIBIT 3**

Information examined and approved. Court finds that probable cause exists for the issuance of a warrant for the arrest of the defendant.

Clerk ordered to issue a warrant for the arrest of the defendant to the Sheriff of Porter County, returnable forthwith.

Bond set at: $ 7,500 - Cash Only

_____
JUDGE, PORTER SUPERIOR COURT

IN TESTIMONY, that the foregoing is a true copy taken from the records of Porter Circuit / Superior Court I Karen M. Martin, Clerk thereof set my hand and affix the Seal of Said Court
This _____ day of _____ 20__
_____ CLERK
CIRCUIT / SUPERIOR COURTS COUNTY OF PORTER, INDIANA
By _____ Deputy Clerk

**EXHIBIT 3**