UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| KATHY L. LYNCH and KAREN S. DUNNING, | ) ) ) | |
| Plaintiffs, | ) ) | |
| VS. | ) ) | Cause No. 17-cv-43 JEM |
| SCOTT NOWLAND and the UNITED STATES OF AMERICA, | ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR SUMMARY JUDGMENT

Comes now Diversion Investigator Scott Nowland and the United States of America, defendants herein, by their counsel Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through David E. Hollar and Kathleen T. Trzyna, Assistant United States Attorneys, and respectfully move pursuant to the Federal Rules of Civil Procedure Rule 56(c) for summary judgment in their favor. In support of this motion, defendants submit their Memorandum in Support of Motion for Summary Judgment.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: */s/ Kathleen Trzyna*
Kathleen Trzyna
Assistant United States Attorney
United States Attorney's Office
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Tel: (219) 937-5515
Fax: (219) 937-5550
Email: kathleen.trzyna@usdoj.gov

*/s/ David Hollar*
David Hollar
Assistant United States Attorney
United States Attorney's Office
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Tel: (219) 937-5661
Fax: (219) 937-5550
Email: david.hollar@usdoj.gov