# In the Matter Of:

*KATHY L. LYNCH and KAREN S. DUNNING*

*-v-*

*SCOTT NOWLAND, ET AL.*

_____

**Kathy L. Lynch**

*August 16, 2021*

_____



800.869.0873 | www.StewartRichardson.com

Reporting Driven by Excellence — Since 1975

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO



EXHIBIT
1

Exhibit 1_Page 001

```
 1   Q.   Can you tell me what it is?
 2   A.   It's on my phone in the car in my notes.  I don't
 3        know it by heart.
 4   Q.   Have you ever issued a prescription using your DEA
 5        number?
 6   A.   I have not.
 7   Q.   Why not?
 8   A.   I didn't have it in my possession and they have to
 9        notify you that you can now use it.  And so I never
10        got one of those letters so I had to stay with my
11        collaborator.
12   Q.   So you've been issued a DEA number that you're not
13        allowed to use?
14   A.   Correct.
15   Q.   Where are you currently employed?
16   A.   Kouts Health Care in Kouts.
17   Q.   What is Kouts Health Care?
18   A.   It's a family practice clinic.
19   Q.   Who owns Kouts Health Care?
20   A.   I do.  My family.
21   Q.   So who all is your family?
22   A.   My son and daughter and I.
23   Q.   Do you each own a share of it or is it a
24        corporation or how is that structured?
25   A.   It is incorporated.  My son is a doctor too and so
```

```
 1            he works there two days a week.
 2   Q.   What state is it incorporated in?
 3   A.   Indiana.
 4   Q.   It's an Indiana corporation?
 5   A.   Yes.
 6   Q.   What percentage of the business do you own?
 7   A.   One-third.
 8   Q.   Does your son also own a third?
 9   A.   Uh-huh.
10   Q.   Your daughter owns a third?
11   A.   Yes.
12   Q.   Has that always been the corporate structure of the
13        business?
14            Let me ask it this way.  In 2014 and 2015, was
15        the business structured the same way?
16   A.   Yes.
17   Q.   You own a third, your son and daughter each own a
18        third?
19   A.   Yes.
20   Q.   Has the corporate structure, at any point, between
21        2014 and today changed?
22   A.   No.
23            MR. McQUARY:  Counsel, I apologize.  There is
24        a preliminary matter that I should have brought to
25        your attention before we began.
```

```
 1   A.   Thirteen.
 2   Q.   Do you have a Chapter 13 bankruptcy from 2011?
 3   A.   Yes.  It wasn't confirmed.
 4   Q.   So that didn't -- that was not confirmed?
 5   A.   No.  And then when I went back to work, they
 6        dismissed this one too upstairs.
 7   Q.   So you filed for bankruptcy twice, but it's never
 8        been confirmed?
 9   A.   I paid into it for three years, but that's the
10        terminology I got.  Not confirmed.
11   Q.   When was your 2011 bankruptcy withdrawn or
12        terminated?
13   A.   October of '14.
14   Q.   And then your 2017 bankruptcy was terminated or
15        withdrawn when?
16   A.   I am not sure of the date, but it was around the
17        time I would have gone back to work.
18   Q.   Which you said it was June of 2019?
19   A.   Yes.
20   Q.   Other than this case, have you ever been arrested
21        or charged with a crime?
22   A.   No.
23   Q.   Have you ever spent a night in jail?
24   A.   I think we were just there hours for this.
25   Q.   Do you have any significant medical conditions?
```

```
 1   A.   Dr. Harting.
 2   Q.   So if the prescription was called in that you would
 3        have initialed off on, you're saying it would have
 4        been under Dr. Harting's name?
 5   A.   Yes.  It could have been under Karen's name if she
 6        was seeing patients, but it can be collaborator or
 7        the person holding the DEA.
 8   Q.   Let me -- I want to talk about -- start by talking
 9        about you.
10   A.   Okay.
11   Q.   Okay.  If you saw the patient and initialed off on
12        it, whose name would it have been called under?
13   A.   The collaborating physician.
14   Q.   Okay.  Would it have been called in under Karen's
15        name if you saw the patient?
16   A.   No.
17   Q.   Okay.  Now, if Karen saw the patient, whose name
18        was it called in under?
19   A.   It could have been Karen or the collaborator.
20   Q.   Okay.  Was there any set practice in the office as
21        to whose name it would be called in under?
22   A.   No.
23   Q.   Who decided which name it got called under if Karen
24        saw the patient?
25   A.   Sometimes she wrote it.
```

```
 1       specifically about one daily, 30, no refills like
 2       you just mentioned, correct?
 3  A.   Right.
 4  Q.   Okay.  The bottom part says -- please make sure I'm
 5       reading this correctly -- "What to say when calling
 6       in prescriptions.  Hi.  This is, your name here,
 7       calling from Kouts Health Care, ordering Dr. Karen
 8       Dunning, office phone 219-766-3131."
 9           Did I read that correctly?
10  A.   That's correct.
11  Q.   I'm going to skip over the handwritten part for a
12       moment.  It says, "Calling in a prescription for
13       PT name, DOB 00/00/00, they're getting
14       prescription, specify any refills or no refills."
15           Did you also direct that?
16  A.   Yes.  That's for regular scripts.
17  Q.   So the bottom is instructions for regular scripts?
18  A.   There are more of these.
19  Q.   I'm asking about this particular form.
20  A.   Can you ask your question again?
21  Q.   Does the second piece of paper deal with regular
22       prescriptions or with weight loss prescriptions?
23  A.   It could have been anything.
24  Q.   So that could cover any prescription?
25  A.   Yes.
```

| | | |
|---|---|---|
| 1 | Q. | And the top would be specific to weight loss |
| 2 | | prescriptions? |
| 3 | A. | Yes. |
| 4 | Q. | Okay. And there's a handwritten line on the weight |
| 5 | | loss medicine. It says, "Always call under Karen |
| 6 | | Dunning." |
| 7 | A. | If it was her day. There were more of these posted |
| 8 | | around in the reception area. |
| 9 | Q. | Okay. And then if we look at the second sheet, |
| 10 | | under Karen Dunning, can you read that? It says, |
| 11 | | "For," and it appears to be the name "Lauren |
| 12 | | Harting," crossed out and replaced with the name |
| 13 | | "Patrick Sheets," and it says, "Kathy's days except |
| 14 | | with meds." |
| 15 | A. | That's true. |
| 16 | Q. | So this is consistent with what the office policy |
| 17 | | was? |
| 18 | A. | Yes. |
| 19 | Q. | When did your collaborative agreement with |
| 20 | | Dr. Harting end? |
| 21 | A. | Approximately February of '14. |
| 22 | Q. | How did it end? |
| 23 | A. | When this investigation started. |
| 24 | Q. | Well, who ended it? |
| 25 | A. | She did. |

```
 1        Dr. Harting to Dr. Sheets?
 2   A.   Yes.
 3   Q.   Were there any differences in the way things
 4        operated under Dr. Sheets versus Dr. Harding prior
 5        to the dispensing?
 6   A.   Not that I recall.
 7   Q.   So I know we covered this with Dr. Harting, but
 8        just to make sure I understand this, you would
 9        continue to see patients -- weight loss patients
10        just as you had before; is that correct?
11   A.   With Dr. Sheets?
12   Q.   Yes.
13   A.   Yes.  I worked at his office and mine.
14   Q.   I want to just focus on the Kouts office though.
15   A.   Yes.
16   Q.   You would see patients just like you did with
17        Dr. Harting?
18   A.   Yes.
19   Q.   And the medical assistants or you would call in the
20        weight loss prescriptions under now Dr. Sheets'
21        name?
22   A.   Yes.
23   Q.   Once Dr. Harting was no longer a collaborator, did
24        you call in under Dr. Harting?
25   A.   No.
```

```
 1   Q.   And while Dr. Sheets was your collaborator, did you
 2        call in prescriptions for your patients under Karen
 3        Dunning?
 4   A.   No.  There would be no need to unless she saw them.
 5   Q.   So, no, you did not?
 6   A.   No.
 7   Q.   And for Karen Dunning's patients how were those
 8        called in when Dr. Sheets was involved?
 9   A.   It would be under Karen's name or the collaborator.
10        Both were acceptable.
11   Q.   And that would either be up to Karen or up to the
12        medical assistant?
13   A.   It would be up to the provider, but if the medical
14        assistants did call it under the collaborator, they
15        knew that was okay.
16   Q.   And they knew that was okay because that was your
17        policy --
18   A.   Yes.
19   Q.   -- because you were their boss?
20   A.   Yes.
21   Q.   At some point in time, did some pharmacies in
22        Northwest, Indiana, refuse to fill weight loss
23        scripts from Kouts Health Center?
24   A.   Yes.
25   Q.   Do you know approximately when you first became
```

```
 1        aware that some pharmacies were declining to fill
 2        those scripts?
 3   A.   I don't recall the date, but I would estimate in
 4        the summer of '14.
 5   Q.   In the summer of 2014?
 6   A.   Yes.
 7   Q.   And what was your response to that?
 8   A.   The collaborator and I were shocked.
 9   Q.   And the collaborator was who?
10   A.   Dr. Sheets.
11   Q.   And were they refusing to fill prescriptions in
12        Dr. Sheets' name?
13   A.   Just from the clinic in general.
14   Q.   So that would include those issued by Dr. Sheets?
15   A.   Yes.
16   Q.   Would that also include those issued by Karen
17        Dunning?
18   A.   Yes.
19   Q.   And had you -- had anybody refused to fill scripts
20        when Dr. Harting was in charge?
21   A.   I don't recall.
22   Q.   Is it possible that any scripts were refused at
23        that point?
24   A.   Well, she was still with us another month, so I
25        don't recall when that began to happen.
```

Page 57

Exhibit 1_Page 010

```
1   Q.   I'm sorry.  Two days out of the whole five weeks?
2   A.   Yes.
3   Q.   Okay.
4   A.   Because I was there two or three days a week in
5        Rensselaer, so I would just take my audits with me
6        most of the time.
7   Q.   Okay.  So out of that five-week period, there were
8        two days when Dr. Sheets was physically in Kouts?
9   A.   That would be guessing, but I would guess two.
10  Q.   And do you recall any particular patients that
11       Dr. Sheets saw in Kouts?
12  A.   No.  He overseen all of them.
13  Q.   I understand that.
14            But I am asking who physically dispensed drugs
15       in Kouts to patients?
16  A.   Yeah.  Karen or I.
17  Q.   Okay.  Did Dr. Sheets physically dispense any
18       drugs?  I understand he's overseeing, but did he
19       physically hand drugs to patients at Kouts?
20  A.   Not at Kouts.
21  Q.   Okay.  And did you do that?
22  A.   Yes.
23  Q.   And did Karen do that?
24  A.   Yes.
25  Q.   Okay.  And how would we be able to tell which drugs
```

```
 1   Q.   And then how did you get those drugs physically
 2        from Rensselaer, the 33 miles, to Kouts?
 3   A.   I drove them.
 4   Q.   You drove those drugs?
 5   A.   Yes.  When I went back to work.
 6   Q.   Why did you stop dispensing drugs?
 7   A.   I don't remember what made us stop at the fifth
 8        week, but -- I don't remember exactly.
 9   Q.   Who decided to stop?
10   A.   Dr. Sheets and I.  I don't know if he stopped.  We
11        just stopped at the Kouts Clinic.
12   Q.   Why did you decide to stop?
13   A.   Because the problem just didn't seem to go away.
14   Q.   What was the problem?
15   A.   Just it kept coming up in questioning.
16   Q.   Who was questioning you?
17   A.   The pharmacies, the patients.
18   Q.   Okay.  When you were -- when you started
19        dispensing, did you stop prescribing or were you
20        also prescribing?
21   A.   No.  Only dispensing.
22   Q.   Okay.  So when you're dispensing drugs in Kouts,
23        what is your interaction with the pharmacies?
24   A.   It was only for five weeks.
25             So when patients come, they don't go to the
```

```
 1   Q.   Okay.
 2   A.   Yes.  I had been calling in under a collaborator
 3        for 20 years at that point.
 4   Q.   So did you call in prescriptions under Dr. Smith?
 5   A.   I don't recall, but probably.
 6   Q.   Did you call prescriptions under Dr. Taylor?
 7   A.   I don't recall, but probably.
 8   Q.   Did Karen?
 9   A.   I don't know.
10   Q.   Other than what you have already mentioned, did you
11        have any other conversations with Mr. Nowland on
12        the day that Karen signed over her DNA license?
13   A.   I don't recall that they were there for any other
14        reason other than that.
15   Q.   And you don't recall whether Mr. Nowland explained
16        to you that Karen had signed over her DEA license?
17   A.   I do remember asking him why, "Why would she do
18        that?"
19   Q.   Okay.
20   A.   But I don't remember what his exact response was.
21   Q.   Did you ask Karen that same question?
22   A.   Oh, yes.
23   Q.   And what did she say?
24   A.   Something about you can't do this if you haven't
25        done A and da-ta-da-ta-da.  I just felt like she
```

```
 1   A.   No.
 2   Q.   Okay.  And this is -- if I look at the things that
 3        are being ordered here, this is pill envelopes,
 4        Phendimetrazine, which is Bontril, correct?
 5   A.   Uh-huh.
 6   Q.   And then it looks like two orders of phentermine,
 7        three -- there's a 30 milligram and 37.5 milligram.
 8   A.   Yeah.
 9   Q.   Are those both phentermines?
10   A.   Uh-huh.
11   Q.   Were those different prescription strengths or
12        something?
13   A.   Yeah.
14   Q.   Are those all drugs that you dispensed as part of
15        the weight loss program?
16   A.   Uh-huh.
17   Q.   And prior to the dispensing that you and Karen
18        prescribed as part of the weight loss program --
19   A.   Uh-huh.
20   Q.   -- by turning to the next page, the fifth page,
21        this is the document you said you're not familiar
22        with?
23   A.   Yeah.  I don't recall this.
24   Q.   This appears to be bottles of Bontril and
25        phentermine, 30 milligram, and phentermine,
```

```
 1          37.5 milligram; is that correct?
 2  A.      That's what it says here in lot number and
 3          expiration date.
 4  Q.      And some of these bottles were -- there were
 5          bottles of Bontril and phentermine, 30 and 37.5,
 6          that were dispensed at your clinic, correct, in
 7          Kouts?
 8  A.      Yes.  We dispensed.  I just don't know if it was
 9          this group.
10  Q.      Is it possible that it's this group?
11  A.      It's possible.
12  Q.      Would you have had at your clinic weight loss med
13          logs for bottles that were dispensed at other
14          clinics?
15  A.      No.
16  Q.      You can go to the page that's marked STATES797.
17  A.      Okay.
18  Q.      It says bottle number three at the top, Bontril
19          log.
20          Are you familiar with this document?
21  A.      Yes.  I am familiar with how it's written.
22  Q.      Is this a log that you would keep at Kouts when you
23          dispensed Bontril?
24  A.      Yes.
25  Q.      So if we look at the first patient from
```

```
 1        would ask they be available by phone, but -- from
 2        deposition, but I would make my clients available.
 3             MR. CARLISLE:  Okay.  That's all I have.
 4             Thank you, ma'am.
 5   CROSS-EXAMINATION
 6   BY MR. McQUARY:
 7   Q.   A brief -- brief redirect.
 8             Kathy, I believe you testified earlier that
 9        several pharmacists were unwilling to fill
10        prescriptions prescribed by Kouts Health Care; is
11        that correct?
12   A.   That's correct.
13   Q.   Now, just for clarification, these were
14        prescriptions not that you wrote yourself, but were
15        written under the name of the collaborating
16        physician?
17   A.   Are you referring to like the weight loss
18        prescriptions?
19   Q.   Yes, ma'am.
20   A.   Yeah.  None of those were written.  Mine were
21        always called for the last 20 years.
22   Q.   Okay.  And whose DEA number were they called in
23        under?
24   A.   It would be whoever I was collaborating with at
25        that time.
```

```
 1   Q.   Did you ever attempt to have a prescription filled
 2        whether for weight loss or anything else under your
 3        own DEA number?
 4   A.   No.  Never.
 5   Q.   Did you ever prescribe -- forgive me if I am
 6        mispronouncing their names -- phentermine or
 7        Bontril without a collaborator physician and under
 8        the collaborating physician's number?
 9   A.   No.  You cannot.
10   Q.   Was there ever a time when you were -- when you
11        were calling in prescriptions for phentermine or
12        Bontril that you did not have a collaborating
13        physician?
14   A.   We've always had a collaborating physician.
15        Sometimes two --
16   Q.   Okay.
17   A.   -- when they overlap.
18   Q.   Was there ever even a brief gap?
19   A.   Never.
20            MR. McQUARY:  No further questions.
21            MR. HOLLAR:  Can we take a brief recess so I
22        can talk to my co-counsel?
23            MR. McQUARY:  Sure.  Sure.
24            (Proceedings were at recess from 3:56 p.m.
25            to 4:03 p.m.)
```

```
 1   hand and affixed my notarial seal this 9th day of
 2   September, 2021.
 3
 4
 5   _____Amy E. Weaver_____
 6            Amy Elizabeth Weaver
              NOTARY PUBLIC SEAL
 7            STATE OF INDIANA
              Commission No. NP0701423
              My Commission Expires June 8, 2025
 8
 9
10   Notary Public - State of Indiana
11   My Commission Expires:   June 8, 2025
12
     Job No. 163132
13
14
15
16
17
18
19
20
21
22
23
24
25
```