# In the Matter Of:

*KATHY L. LYNCH and KAREN S. DUNNING*

*-v-*

*SCOTT NOWLAND, ET AL.*

---

**Karen Dunning**

*August 17, 2021*

---



Stewart**Richardson**

DEPOSITION SERVICES

800.869.0873 | www.StewartRichardson.com

*Reporting Driven by Excellence — Since 1975*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO



EXHIBIT
3

Exhibit 3_Page 001

1   Q.   So you have not renewed your APN license?

2   A.   Correct.

3   Q.   And that means that your certificate, as a nurse

4        practitioner, would also not be in effect?

5   A.   Pardon?

6   Q.   What about your nurse practitioner certificate?

7   A.   Well, it's active because I attended the schooling

8        for it and I completed the course.

9   Q.   So you are currently actively licensed as a

10       registered nurse?

11  A.   Yes.

12  Q.   Anything else?

13  A.   I am also -- no.  I currently have an RN license.

14  Q.   And you've had that since 2019?

15  A.   Correct.

16  Q.   Okay.  Are you currently employed?

17  A.   No.

18  Q.   When were you last employed?

19  A.   In 2015.

20  Q.   Where did you work?

21  A.   Kouts Health Care.

22  Q.   When did you start working at Kouts Health Care?

23  A.   2009.

24  Q.   What is Kouts Health Care?

25  A.   It's a nurse practitioner-owned clinic.

*Page 18*

Exhibit 3_Page 002

```
 1   A.   I don't know.  I don't know about that part of the
 2        business.
 3   Q.   You didn't pay any attention to who was actually
 4        your owner -- your company that you worked for?
 5   A.   I had no reason.  I went and did my job.  I worked
 6        two days a week.  I knew Kathy started the
 7        business.  I assumed she still owned it.
 8   Q.   When you worked at Kouts Health Care, who was your
 9        supervisor?
10   A.   Kathy Lynch.
11   Q.   Anybody else?
12   A.   No.
13   Q.   When you -- in 2014, how many employees did Kouts
14        Health Care have?
15   A.   I don't know.  I know that she had MAs and she had
16        myself and Kathy worked there.  I don't know how
17        many there were.  I didn't -- I didn't have
18        anything to do with the business end of the
19        business.
20   Q.   I am just asking how many people worked at Kouts
21        Health Care.
22   A.   I don't know.
23   Q.   Can you give me any kind of estimate?
24   A.   Maybe eight, somewhere in there.
25   Q.   And were any of them, other than you, APNs?
```

Exhibit 3_Page 003

```
 1    A.    Not that I know of.  There's only Kathy and myself.
 2    Q.    So you and Kathy were the highest level medical
 3          professionals on site there?
 4    A.    Well, we had a collaborating physician that would
 5          come out and check our records about once a month.
 6    Q.    So on days you were there, were you the highest
 7          level medical professional on site?
 8    A.    I believe so, yes.
 9    Q.    And you didn't pay any attention to who the other
10          employees were there or who else was there?
11    A.    Well, I would -- whoever the MA was, whoever was
12          answering the phone, I knew that, but I don't know
13          how many she had employed, no.
14    Q.    When of -- was Kathy Lynch there every day you were
15          there?
16    A.    No.
17    Q.    When Kathy Lynch wasn't there, who was -- who was
18          in charge?  Who would people go to if there was an
19          issue?
20    A.    If they had an issue, they usually called Kathy at
21          home if it was -- if it had to do with the
22          business.
23              If they had an issue like a question on a
24          prescription or something that I had written, then
25          they would talk to me.
```

```
 1            -- 2,000 healthy, you know, that the government
 2            supported to -- that we need to get our country a
 3            little more healthy, so it was based on those
 4            parameters to try and get our -- our area healthier
 5            is what we were trying to do and help them lose
 6            weight.
 7       Q.   How did the program operate?
 8       A.   They come in.  They're weighed.  They're measured.
 9            Vitals are taken and then medication is prescribed.
10            Sometimes we wouldn't do medication.  Sometimes we
11            would do exercise.  We would do -- to see if they
12            could lose weight by just changing their lifestyle.
13       Q.   Who weighed the patient?
14       A.   The MA.
15       Q.   Who measured the patient?
16       A.   The MA.
17       Q.   Who took the vitals?
18       A.   The MA.
19       Q.   Who prescribed the medication?
20       A.   Usually I would or Kathy or --
21       Q.   Before you prescribed the medication, would you see
22            the patient?
23       A.   We would always see them initially.
24       Q.   The first time?
25       A.   The first time.  We always see them initially, but
```

```
 1            when -- if they came in like the second time, then
 2            they would still be weighed and measured and vital
 3            signs would be taken and then the medication would
 4            be called in if they were -- if that was necessary.
 5    Q.      Okay.  So I'm going to break this down then.
 6                There's the first time where you said you saw
 7            the patient, correct?
 8    A.      Well, a provider would see the patient, either
 9            Kathy or myself.
10    Q.      Okay.  Let's talk about -- did you sometimes --
11            were you sometimes the provider who saw the patient
12            the first time?
13    A.      Correct.
14    Q.      So let's talk about when you saw the patient the
15            first time.  I'm not going to worry about Kathy.
16            Okay?
17    A.      Okay.
18    Q.      So when that happened, when did you see the
19            patient?
20    A.      What do you --
21    Q.      Well, you told me before the patient came in and
22            got weighed, measured, vital signs, and medication
23            prescribed.
24                So is that true of the first time or how did
25            that work?
```

```
 1   A.   The first time you still went through that

 2        procedure, but the provider would see them after so

 3        we could kind of review and then we would figure a

 4        plan of care.

 5             And if it was medication, then I would either

 6        write for it or -- I usually wrote it because I had

 7        my own DEA number.

 8   Q.   Okay.  So you -- first visit, you -- MA weighed the

 9        patient, measured the patient, took the vital

10        signs?

11   A.   Uh-huh.

12   Q.   And then if you were the -- if you were there or if

13        you were assigned the patient, you then met with

14        the patient; is that correct?

15   A.   Correct.

16   Q.   And then how did you decide whether to give them

17        medication or just put them on a plan?  I mean,

18        what went into that decision?

19   A.   I always encourage -- I always encourage them to

20        exercise, you know, to do lifestyle changes, cut

21        down your portions, that kind of thing.  You always

22        encourage them to do that, but sometimes, even with

23        them trying lifestyle changes, it didn't always

24        work, so then I would prescribe medication, yes.

25   Q.   Okay.  Had you done a weight loss program like this
```

Exhibit 3_Page 007

```
 1          program, sometimes you would -- you would write out
 2          scripts, right?
 3    A.    Yes.
 4    Q.    And when you would write out a script, you would
 5          have to give them your name and DEA number; is that
 6          correct?
 7    A.    It was on the script.
 8    Q.    Your DEA number was on the script?  You wrote it on
 9          a script pad; is that correct?
10    A.    Right.  Correct.  I was on there.  Our
11          collaborating physician was on there, yes.
12    Q.    Anyone else?
13    A.    I think Kathy was on there, but she didn't have
14          a -- she didn't have a DEA number in the beginning.
15          I knew that.
16    Q.    So Kathy's name was on the script?
17    A.    Yes.  I think -- I believe so.
18    Q.    So did Kathy sign scripts in her own name?
19    A.    No.  I never saw her sign a script in her own name.
20    Q.    So did Kathy ever sign scripts in your name?
21    A.    No.
22    Q.    Did Kathy ever sign scripts in the collaborating
23          physician's name?
24    A.    I never saw her sign a script.
25    Q.    Okay.  How did -- how did Kathy prescribe drugs?
```

Exhibit 3_Page 008

```
 1         prescribed.  I didn't see anyone else's, what they
 2         prescribed.
 3    Q.   Right.  Well, can you look up a patient and see
 4         who's been prescribing them drugs?
 5    A.   If I went and pulled the -- if I went and got the
 6         chart, I could open it up and see who ordered that.
 7    Q.   Right.  But can you go in INSPECT and see, hey,
 8         this is my patient and they say they want this
 9         drug, but, look, they've gone to six other doctors
10         in Porter and Jasper County.
11            Can you do that?
12    A.   I really don't know.  I've never done that.  I was
13         more concerned what was written under my DEA
14         number.
15    Q.   Okay.  So you can also look in INSPECT at your DEA
16         number and you can see all the prescriptions that
17         have been written in your name?
18    A.   Controlled.
19    Q.   All the controlled substances?
20    A.   Uh-huh.
21    Q.   Scheduled?
22    A.   Yeah.
23    Q.   Okay.  So that would include Bontril, correct?
24    A.   Yeah.
25    Q.   And --
```

*Page 43*

Exhibit 3_Page 009

```
 1   A.   Well, Bontril is kind of a different one because it
 2        mimics.  So, therefore, if you notice, it would
 3        have like an N after it because it -- it's a
 4        controlled substance because it mimics another drug
 5        is my understanding, but...
 6   Q.   All right.  Bontril mimics phendimetrazine, which
 7        is controlled.
 8            Is that what you're trying to tell me?
 9   A.   I'm trying to say that it does -- it mimics another
10        drug, so it's in a controlled substance.  It's in
11        class -- but I believe it has like an N behind it,
12        which --
13   Q.   What about phentermine?
14   A.   I think that's -- I think that's the same way.
15   Q.   So you could go in and look up phentermine and
16        phendimetrazine prescriptions that were issued
17        under your DEA number, correct?
18   A.   Correct.
19   Q.   And you did that?
20   A.   Yes.
21   Q.   And did you ever notice any scripts that were
22        issued that weren't -- that you hadn't prescribed?
23   A.   We had -- at the beginning of the investigation, we
24        had an MA that was allegedly calling in
25        prescriptions under my numbers and we reported it.
```

Exhibit 3_Page 010

```
 1          Kathy reported it.  And so that's -- that's how
 2          this started, the investigation.
 3   Q.    Right.  And at that point in time, you went in and
 4          you looked at the list of scripts that were issued
 5          for Jodie Daniels in your name; isn't that correct?
 6   A.    Correct.
 7   Q.    And you -- and there were prescriptions for things
 8          like Vicodin?
 9   A.    Yes.
10   Q.    Narcotic drugs?
11   A.    Yes.
12   Q.    And you didn't issue those?
13   A.    No.  No.
14   Q.    And you marked down that you did not issue those;
15          isn't that correct?
16   A.    Yes.  I wrote -- I wrote a thing saying I did not
17          prescribe these.
18   Q.    And isn't it true that you also marked a few others
19          that you said, "I did prescribe these for her"?  "I
20          did prescribe her phentermine"?
21   A.    Yes.
22   Q.    Was it phentermine or phendimetrazine or do you
23          recall?
24   A.    It was -- yeah.  Because --
25   Q.    So you told -- you wrote on that affidavit?
```

Exhibit 3_Page 011

```
 1   A.   Uh-huh.

 2   Q.   And you sent that to Kathy Franko, didn't you?

 3   A.   I didn't send it.  What happened -- well, it ended

 4        up with Kathy Franko.

 5             But what happened is I wasn't working that

 6        day, so I met Nicole, the MA, and she came out and

 7        picked up the letter and took it in.

 8   Q.   Okay.  And that letter said there were a whole

 9        bunch of narcotics --

10   A.   Yeah.

11   Q.   -- that were prescribed in my name for Jodie

12        Daniels and I did not prescribe any of those for

13        her, right?

14   A.   I did --

15   Q.   And is that correct?  You didn't -- you didn't

16        prescribe Jodie Daniels narcotics?

17   A.   I didn't prescribe -- there were some that I did.

18        If she hurt herself or something like that really

19        bad, yes.  I did prescribe some of them, but I

20        could tell a lot of them because the quantities I

21        always write wasn't there.

22   Q.   And then you also marked on that affidavit that you

23        had written some weight loss prescriptions for her

24        and those were -- those you wrote.

25             You agreed to that?
```

Exhibit 3_Page 012

| | | |
|---|---|---|
| 1 | A. | I agreed to that. |
| 2 | Q. | Right. |
| 3 | | Have you ever been a party to any other |
| 4 | | lawsuits before this one? |
| 5 | A. | I was a party to a lawsuit that there was a death |
| 6 | | of a child at the clinic and the child had come in |
| 7 | | to see me and he had a sinus infection.  I wrote |
| 8 | | for an antibiotic and some cough syrup and sent him |
| 9 | | home.  He was a handicapped child and the mom came |
| 10 | | in with him. |
| 11 | | And what happened was I was on vacation the |
| 12 | | next day, so I wasn't available for her, so a |
| 13 | | physician answered when she called in and said, |
| 14 | | "Hey, you know what.  My son is kind of just not |
| 15 | | himself," and so she ordered another medication. |
| 16 | | Well, it went from bad to worse.  The child -- |
| 17 | | the child was quite large.  When they called the |
| 18 | | fire department to take him to the hospital, they |
| 19 | | said, "Well, we can't do that before" -- |
| 20 | | yadda-yadda-yadda. |
| 21 | Q. | Sorry to hear that. |
| 22 | A. | And that was part of that. |
| 23 | Q. | Okay.  So you were sued -- was this while you were |
| 24 | | working at Kouts or prior? |
| 25 | A. | Oh, no.  It was when I was working at U.S. Steel. |

Exhibit 3_Page 013

```
 1   A.   It did for a while.

 2   Q.   Did that at some point change?

 3   A.   There were pharmacists that were not filling our

 4        medications, so...

 5   Q.   When did that start?

 6   A.   Oh, I'm not sure exactly when it started, but --

 7        and so there was a time when we were -- we were

 8        having problems of them filling the medication.

 9        That's all I know about it.

10   Q.   Well, how did you find out that these problems were

11        existing?

12   A.   Because when I would come in Kathy would say, "Oh,

13        you know, this is what's happening," that kind of

14        thing.

15   Q.   Were there any particular prescriptions that you

16        were having trouble getting filled?

17   A.   The weight loss program.

18   Q.   Did you ever have any problems with any of your

19        other prescriptions getting filled other than your

20        weight loss prescriptions?

21   A.   No.

22   Q.   And did this cause you any concern?

23   A.   Yes.  I didn't know -- I didn't know why they were

24        having problems.  I thought maybe -- maybe they --

25        I don't know.  I don't know what I thought at the
```

Exhibit 3_Page 014

```
 1        time.
 2   Q.   And some of the prescriptions that were not being
 3        filled were prescriptions issued in your name; is
 4        that correct?
 5   A.   You mean that I had written out?
 6   Q.   Yes.
 7   A.   Yeah.
 8   Q.   Did it concern you that local pharmacies were not
 9        filling prescriptions that you wrote?
10   A.   Well, I was wondering why, yes.
11   Q.   Did you ever contact any of the pharmacies to ask
12        them why they wouldn't fill a script that you wrote
13        that you believed your patient needed?
14   A.   I didn't -- no.  I didn't because I -- I didn't.  I
15        didn't contact them.  They just -- "No.  We're not
16        filling it."  And I thought -- I don't know what my
17        frame of mind was at that time.
18   Q.   You didn't push back in any way or ever ask a
19        pharmacy to fill a prescription when they said no?
20   A.   Well, I never asked.  I wrote them out.
21   Q.   Well, you wrote out the prescription --
22   A.   Uh-huh.
23   Q.   -- because you thought the patient needed the
24        drugs, right?
25   A.   Correct.
```

Exhibit 3_Page 015

```
1    Q.   And then Kathy told you that the pharmacy wouldn't
2         fill that prescription that you wrote, correct?
3    A.   We were having problems with them filling it,
4         correct.
5    Q.   And did that concern you?
6    A.   Oh, I wondered why, but...
7    Q.   Did you take any steps to investigate why
8         prescriptions that you validly wrote out -- strike
9         that.
10            The prescriptions that you wrote out were not
11        being filled by local pharmacies?
12   A.   I don't believe so.  I -- I don't believe so, no.
13        I didn't take any steps.  I don't believe so.
14   Q.   Okay.  So what happened next?
15   A.   It's a lot easier when I got all my paperwork and I
16        would go, "Oh, yeah.  This is what happened."
17            You got to remember that was also quite a few
18        years ago.  Let's see.  I don't know.  I really
19        don't know.  I would have -- what order it came in.
20   Q.   What's the next thing you remember?
21   A.   I know that since they wouldn't fill the
22        prescriptions, I do know that Dr. Sheets -- that
23        Dr. Sheets had ordered out prescriptions for
24        phentermine and Bontril.
25   Q.   Dr. Sheets ordered prescriptions.
```

Exhibit 3_Page 016

```
 1              What do you mean by that?
 2   A.   That they ordered -- he ordered a -- he ordered
 3        medication.
 4   Q.   He ordered it?
 5   A.   Well, I didn't order it.
 6   Q.   Well, how do you know that he ordered it?  You said
 7        you never spoke to him.
 8   A.   No.  But I just assumed he ordered it from the
 9        standpoint that I have a DEA number.  I didn't
10        order it.  And Kathy worked with him down in
11        Rensselaer, so I assumed he ordered it.
12   Q.   Did Kathy ever tell you that he ordered it?
13   A.   I think -- I believe she did.
14   Q.   So Kathy told you that Dr. Sheets ordered --
15   A.   I believe she told me.  I don't know how else I
16        would know that he ordered it.
17   Q.   Anything -- did anybody, other than Kathy, ever
18        communicate to you about what Dr. Sheets thought or
19        did?
20   A.   I don't think anyone else at the clinic knew him.
21   Q.   Nobody other than Kathy knew Dr. Sheets?
22   A.   I don't know, but I don't believe so because he
23        practiced in Rensselaer, which is -- which is a
24        distance down from where our clinic is.  It's in a
25        different county.
```

*Page 85*

Exhibit 3_Page 017

```
 1    Q.    It is about 33 miles?

 2    A.    Somewhere in there, yeah.

 3    Q.    You've never been to his clinic?

 4    A.    No.

 5    Q.    And to this day, you've never met him?

 6    A.    No.

 7    Q.    You have never spoken to him?

 8    A.    No.

 9    Q.    So how did you find out that you were going to

10          start dispensing drugs, weight loss drugs?

11    A.    Kathy told me.

12    Q.    And did you dispense weight loss drugs from Kouts?

13    A.    Not for very long.  For just a short period of

14          time.

15    Q.    What is a short period of time?

16    A.    About maybe less, a month.

17    Q.    So about a month you, Karen Dunning, dispensed

18          weight loss drugs from Kouts Health Center?

19    A.    Very few, but -- yes, I did.

20    Q.    And did the -- when a pharmacist dispenses drugs,

21          they enter that information into INSPECT, correct?

22    A.    Uh-huh.

23    Q.    So when you dispensed drugs, did you enter that

24          information into INSPECT?

25    A.    I don't believe so.  I don't think I did.
```

Exhibit 3_Page 018

```
 1        been dispensed and we weren't going to do it
 2        anymore, so...
 3   Q.   And why was it your understanding that you weren't
 4        going to do it anymore?
 5   A.   Because we didn't have any more medications and I
 6        pretty much decided that I wasn't -- I wasn't -- I
 7        wasn't interested in doing that, and so we just --
 8        she just stopped.  We didn't have any more
 9        medications.
10   Q.   You did dispense for a few weeks, correct?
11   A.   I did.
12   Q.   And why were you not interested in dispensing
13        anymore?
14   A.   Because, at that point, the investigation was
15        taking a new turn and there was so much happening
16        that I just wanted to back off and not do it.  Just
17        wasn't interested.
18   Q.   So did you discuss that with Ms. Lynch?
19   A.   We talked about it, yes.
20   Q.   Was she in agreement that you were going to stop
21        dispensing?
22   A.   Well, she said we didn't have any more medications
23        anyway, so...
24   Q.   Well, how did you get medication the first time?
25   A.   I don't know.  I don't know.  I assumed Dr. Sheets
```

Exhibit 3_Page 019

```
 1        brought them down when he looked over our
 2        paperwork.  I don't know.
 3   Q.   And why did Dr. Sheets bring them down?
 4   A.   I don't know that he did.  I just -- I don't know
 5        how they got there.
 6   Q.   Who told you that they were there?
 7   A.   Kathy did.
 8   Q.   And did Kathy ask you to dispense them?
 9   A.   She said we are going to.  And, you know, instead
10        of doing this is -- we're having such a hard time
11        getting the pharmacies to fill the medications,
12        that we're going to do it this way until this can
13        kind of get straightened around.  It never did.  It
14        just kept getting -- it just kept getting worse and
15        I just wasn't interested in doing it anymore.
16   Q.   So did you ever, at a certain point, tell her that
17        you would not dispense drugs anymore?
18   A.   I told her I was uncomfortable with that when it --
19        and she said, "Well, that's okay because we don't
20        have any more anyway."
21   Q.   So you dispensed until the drugs ran out?
22   A.   Well, I assumed that they were -- that it was gone.
23   Q.   And then was there any discussion about whether you
24        were going -- whether more drugs would be showing
25        up?
```

Page 91

Exhibit 3_Page 020

```
 1          or not, it still ruins your reputation.
 2     Q.   And in this particular case, you found out that
 3          Jodie Daniels had been using your DEA number to
 4          write herself Vicodin, correct?
 5     A.   I don't know if she wrote them or called them in,
 6          but they were filled under her name.
 7     Q.   And so you wrote an affidavit and you told the
 8          Indiana State Police that Jodie Daniels used your
 9          number somehow to get herself Vicodin, but that you
10          had written her weight loss drug prescriptions,
11          correct?
12     A.   Well, Kathy had explained to her.  She called the
13          police and she had explained what happened and they
14          said they were -- well, you better -- you should
15          ask her, but the gist was that they wanted me to
16          have some kind of -- to write down so they would
17          have an idea that they could arrest her is what my
18          understanding was.
19     Q.   And you wrote that down --
20     A.   I did.
21     Q.   -- truthfully that you did not write Vicodin
22          prescriptions?  You did not?
23     A.   No, I did not.
24     Q.   But you did authorize the weight loss
25          prescriptions?
```

Exhibit 3_Page 021

```
1    A.   I authorized some of them but not in the quantities
2         that she had written down.  I mean, it was like --
3         I could tell, just by some of the amounts that they
4         wrote in and stuff like that, that that's not how
5         I -- that's not how I prescribed it.  It is not my
6         norm.
7    Q.   Did you tell -- did you tell the state that you
8         authorized weight loss prescriptions for Jodie
9         Daniels?
10   A.   No.
11   Q.   You never did that?
12   A.   Not -- I did never -- they never picked Jodie
13        Daniels up.
14   Q.   So you never told the state that you had written
15        phentermine and Bontril prescriptions?
16   A.   I don't believe I did because, in this instance,
17        other than writing that letter, I didn't talk -- I
18        didn't talk to them.
19   Q.   But you wrote that letter?
20   A.   I did.
21   Q.   And you reported what prescriptions you had
22        authorized and which ones you hadn't, correct?
23   A.   I said I did not authorize those -- all those.  I
24        did not.
25   Q.   And you wrote which ones you authorized and which
```

Exhibit 3_Page 022

```
 1                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
 2                       HAMMOND DIVISION

 3

 4
    KATHY L. LYNCH and KAREN S.    )
 5  DUNNING,                       )
                                   )
 6       Plaintiffs,               )   Case No.
                                   )   2:17-cv-43
 7  vs.                            )
                                   )
 8  SCOTT NOWLAND, KATHY FRANKO    )
    and the UNITED STATES OF       )
 9  AMERICA,                       )
                                   )
10       Defendants.               )

11

12
                        Job No. 163133
13

14        I, KAREN DUNNING, state that I have read the
          foregoing transcript of the testimony given by me
15        at my deposition on August 17, 2021, and that said
          transcript constitutes a true and correct record of
16        the testimony given by me at said deposition except
          as I have so indicated on the errata sheets
17        provided herein.

18

19                _____
                        KAREN DUNNING
20

21

22

23            STEWART RICHARDSON & ASSOCIATES
              Registered Professional Reporters
24             One Indiana Square, Suite 2425
                  Indianapolis, IN  46204
25                    (800) 869-0873
```

*Page 171*

Exhibit 3_Page 023

1   hand and affixed my notarial seal this 13th day of

2   September, 2021.

3

4

5

6

7

8

9

10

11   Notary Public - State of Indiana
     My Commission Expires:  June 8, 2025

12

13   Job No. 163133

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 3_Page 024