NUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KATHY L. LYNCH and KAREN S. DUNNING, )<br>)<br>Plaintiffs, )<br>)<br>VS. )<br>)<br>SCOTT NOWLAND and the )<br>UNITED STATES OF AMERICA, )<br>)<br>Defendants. ) | Cause No. 17-cv-43 JEM |

## DECLARATION OF SCOTT NOWLAND

I, Scott Nowland, hereby declare and state the following:

1. I am a Diversion Investigator for the Drug Enforcement Administration ("DEA"), and have been so employed since 2004. Prior to my employment at DEA, I served as an Indiana State Police Officer from 1993 to 2004.

2. In January 2014, I was contacted by Indiana State Police ("ISP") Officer Kathy Franko, who was leading an investigation into the drug prescription practices of Kathy Lynch, the owner of Kouts Family Health Center ("KHC") and her employee Karen Dunning. The investigation was also being conducted in coordination with another Indiana state agency, the

Exhibit 19 _ Page 001

Indiana Medicaid Fraud Control Unit. Officer Franko asked for DEA assistance with the state's investigation.

3. On February 5, 2014, Kathy Franko and I traveled to KHC to interview Dunning and conduct an administrative inspection of KHC. Dunning refused the inspection. In my experience as a DEA investigator, I have never had a DEA registrant refuse to consent to an administrative inspection of her place of work.

4. As part of the investigation, Officer Franko, myself, and other DEA and ISP employees interviewed dozens of people, including Dr. Lauren Harting, Dr. Patrick Sheets, KHC patients, KHC employees, and local pharmacists. The interviews of Dr. Harting and Dr. Sheets were both audio recorded. I reviewed reports or recordings of the interviews in which I did not directly participate.

5. During the course of my interview with Dr. Harting, she advised that she never authorized Lynch to use her name or DEA number to write prescriptions for patients at Kouts Family Health Care and was unaware her DEA number was being used in that manner.

6. During the course of my interview with Dr. Sheets, he advised that he never authorized Lynch or Dunning to use his DEA number to write prescriptions for patients at Kouts Family Health Care and he was unaware his DEA number was being used in that manner. Dr. Sheets further advised

Exhibit 19 _ Page 002

that he never authorized Lynch or Dunning to use his DEA number to order medication for distribution.

7. Based on the information Dr. Sheets learned about the way in which Lynch and Dunning were using his collaborative agreement, Dr. Sheets informed investigators that he viewed the entire arrangement as illegal.

8. The Indiana Medicaid Fraud Control Unit referred the investigation to Porter County Prosecutor Brian Gensel.

9. Indiana Deputy Attorney General Drew Adams drafted probable cause affidavits in support of bringing charges against Kathy Lynch and Karen Dunning.

10. After reviewing the affidavits for accuracy, I signed them as the affiant.

11. At the time of signing the probable cause affidavits against Kathy Lynch and Karen Dunning, I believed that all statements contained in the affidavits were true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: _____    SCOTT NOWLAND
*Digitally signed by SCOTT NOWLAND Date: 2022.01.05 11:51:48 -06'00'*

Scott Nowland
Diversion Investigator
Drug Enforcement Administration