| | |
|---|---|
| **From:** | Nowland, Scott A. |
| **To:** | Brinks, Scott A. |
| **Subject:** | FW: Kouts Health Care, Inc. 113-1750 |
| **Date:** | Wednesday, September 17, 2014 2:53:32 PM |

I get along very well with Drew and all the MFCU people.

**From:** Adams, Drew [mailto:Drew.Adams@atg.in.gov]
**Sent:** Wednesday, September 17, 2014 2:12 PM
**To:** Nowland, Scott A.
**Subject:** Re: Kouts Health Care, Inc. 113-1750

Absolutely. Will let you know every step of the way.

On Sep 17, 2014, at 3:10 PM, "Nowland, Scott A." <Scott.A.Nowland@usdoj.gov> wrote:

> Drew, can you give me a couple of days advanced notice before you execute the arrest warrants so I can submit an Ops Plan?  Thank you.
>
> **From:** Adams, Drew [mailto:Drew.Adams@atg.in.gov]
> **Sent:** Wednesday, September 17, 2014 1:03 PM
> **To:** Nowland, Scott A.
> **Cc:** Kathy Franko
> **Subject:** FW: Kouts Health Care, Inc. 113-1750
>
> Hi Scott, I sent these off to Porter County. Will let you know when I go over to see him. Thanks.
>
> **From:** Adams, Drew
> **Sent:** Wednesday, September 17, 2014 1:54 PM
> **To:** Brian Gensel (bgensel@yahoo.com)
> **Subject:** Kouts Health Care, Inc. 113-1750
>
> Mr. Gensel, attached are two draft PCA's. One for the arrest of Kathy Lynch RN and Karen Dunning, APN. Please review, and let me know when you would like for me to come by with all supporting documents, and discuss. Thank you. Hope to see you soon.
>
>
> Drew Adams
> Supervisory Deputy Attorney General
> Medicaid Fraud Control Unit
> 705 E. 4th Street
> Hobart, IN 46342
> 219-942-4433
> dadams@atg.in.gov
>
> NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.



Lynch-00004939
Exhibit 22 _ Page 001

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**Lynch-00004940**
Exhibit 22 _ Page 002