# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER

June 10, 2022

*By the Court:*

| No. 22-1640 | KATHY L. LYNCH,<br>          Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA, acting by and through it Drug Enforcement Administration, and SCOTT NOWLAND,<br>          Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:17-cv-00043-JEM<br>Northern District of Indiana, Hammond Division<br>Magistrate Judge John E. Martin ||

Upon consideration of the **STIPULATION OF DISMISSAL**, filed on June 10, 2022, by counsel for the appellants,

**IT IS ORDERED** that this appeal is **DISMISSED**, in accordance with Federal Rule of Appellate Procedure 42(b), only as to appellant Karen S. Dunning. This appeal remains active as to the remaining parties.

form name: **c7_Order_BTC**    (form ID: **178**)

CERTIFIED COPY
A True Copy
Teste:

_Lindsay Conway_
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit